**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6529**

JAMES REEVES,

Plaintiff - Appellant,

v.

GABRIEL DAVIS; JOSHUA SCALLAN; DOLORES L. POTTER,

Defendants - Appellees,

and,

BARNEY OWENS,

Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:21-ct-03256-M)

Submitted: July 2, 2026                                      Decided: July 20, 2026

Before WILKINSON and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Reeves, Appellant Pro Se. Steven Andrew Bader, Raleigh, North Carolina, Jake William Stewart, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Reeves appeals the district court's order granting summary judgment to Defendant Dolores L. Potter in his 42 U.S.C. § 1983 action.[1] We have reviewed the record and find no reversible error.[2] Accordingly, we affirm the district court's order. *See Reeves v. Davis*, No. 5:21-ct-03256-M (E.D.N.C. June 3, 2025; Sep. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] On appeal, Reeves has moved for appointment of counsel and for preparation of transcripts at government expense. We deny the motions.

[2] We limit our review to issues raised in the informal brief, 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and "do[] not consider issues raised for the first time on appeal, absent exceptional circumstances," *Garey v. James S. Farrin, P.C.*, 35 F.4th 917, 928 (4th Cir. 2022) (citation modified).